February 8, 1972

No. 72–3 Hubert E. Wilkins, Jr., A1C, U. S. Air Force v United States.

On consideration of the "Request for Writ of Habeas Corpus" construed by the Court as a Petition for Appropriate Relief, and of respondent's Answer and Response to Order to Show Cause, filed in the above-entitled action, it appearing that subsequent to the issuance of our Order to Show Cause, all charges against petitioner were dismissed and he was released from pretrial confinement, it is, by the Court, this 8th day of February 1972,

ORDERED:

That said Petition be, and the same is hereby, dismissed as moot.

February 9, 1972

No. 72–2 Maurice Williams, A1C, U. S. Air Force v United States.

On consideration of the "Request for Writ of Habeas Corpus" construed by the Court as a Petition for Appropriate Relief, and of respondent's Answer and Response to Order to Show Cause, it appearing that a charge alleging premeditated murder, a violation of Article 118, Uniform Code of Military Justice, has been referred to trial by general court-martial, it is, by the Court, this 9th day of February 1972,

ORDERED:

That said Petition be, and the same is hereby, denied, without prejudice to the right of petitioner to raise the issue here presented at the trial. See Article 39(a), Uniform Code, supra; Gale v United States, 17 USCMA 40, 37 CMR 304 (1967).

March 23, 1972

No. 72–11 William W. O'Reilly, Jr., U. S. Marine Corps v United States.

On consideration of the Petition for Appropriate Relief filed in the above-entitled action, it appearing that petitioner seeks review of an interlocutory ruling of the military judge made in the course of a pretrial hearing conducted pursuant to Article 39(a), Uniform Code of Military Justice, 10 USC § 839(a), it is, by the Court, this 23d day of March 1972,

ORDERED:

That said Petition be, and the same is hereby, dismissed. See, United States v Best, 6 USCMA 39, 19 CMR 165 (1955); Henderson v Wondolowski, 21 USCMA 63, 44 CMR 117 (1971).